An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
HARVEY WHITTEMORE, BAR NO.
1089.

No. 64154

**FILED**

OCT 08 2013

*ORDER OF TEMPORARY SUSPENSION AND
REFERRAL TO DISCIPLINARY BOARD*

Bar counsel for the State Bar of Nevada has petitioned this court, pursuant to SCR 111, to enter an order temporarily suspending attorney Harvey Whittemore from the practice of law and referring him to the appropriate board for discipline. The petition is supported by certified copies of documents indicating that on September 30, 2013, judgment was entered against Whittemore in the United States District Court, District of Nevada based on his conviction, pursuant to a jury verdict, of violations of 2 U.S.C. § 441a(a)(1) (making excessive campaign contributions), 2 U.S.C. § 441f (making campaign contributions in the name of another), and 18 U.S.C. § 1001(a)(1) and (2) (false statement to a federal agency), all felonies.[1]

Pursuant to SCR 111, temporary suspension and referral to the appropriate disciplinary board are mandatory when an attorney has

---

[1]The court declared a mistrial on one count of violating 18 U.S.C. § 1001 (causing a false statement to the Federal Election Commission).

13-30034

been convicted of a "serious" crime, which includes a felony. SCR 111(6)-(8). Having reviewed the petition and the supporting documentation submitted by bar counsel, we conclude that the petition conclusively establishes Whittemore's conviction of serious crimes. Accordingly, we temporarily suspend Whittemore from the practice of law and refer this matter to the Northern Nevada Disciplinary Board for the initiation of formal disciplinary proceedings in which the sole issue to be determined is the extent of discipline to be imposed, subject to SCR 111(7) and (8).

It is so ORDERED.



_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Thomas Susich, Esq., Chair, Northern Nevada Disciplinary Board
       David A. Clark, Bar Counsel
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Gordon Silver
       Perry Thompson, Admissions Office, United States Supreme Court